UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE D. COPELAND                              CIVIL ACTION

VERSUS                                         NO. 18-14142

SAUNDRA B. GRIFFIN                             SECTION: M (2)
LESLIE ANN TAYLOR

## ORDER & REASONS

On January 11, 2019, defendant Leslie M. Hampton ("Hampton"), improperly named as Leslie Ann Taylor, filed a motion to dismiss, which was set for submission on January 31, 2018.[1] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion must be filed no later than eight days before the noticed submission date, which in this instance was January 23, 2019. The Court notes that plaintiff Bruce D. Copeland ("Copeland") is proceeding *pro se*. Although the Court construes *pro se* filings liberally, *pro se* parties are still required to "abide by the rules that govern the federal courts." *E.E.O.C. v. Simbaki, Ltd.*, 767 F.3d 475, 484 (5th Cir. 2014). Copeland has not filed a memorandum in opposition to the aforementioned motion to dismiss.

Accordingly, because Hampton's motion to dismiss is unopposed, and it appearing to the Court that the motion has merit,

IT IS ORDERED that Hampton's motion to dismiss is GRANTED as unopposed, and Copeland's claims against her are DISMISSED without prejudice.

New Orleans, Louisiana, this 28th day of January, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 3.